# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMARA GRAVELY, et al.**, | : | |
| *Plaintiffs,* | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 19-5409 |
| | : | |
| **PETROCHOICE, LLC**, | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, on this 26th day of February, 2021, upon consideration of Plaintiffs' Motion for Conditional Class Certification (ECF No. 18), it is hereby **ORDERED** that said Motion is **GRANTED**. However, before Plaintiffs begin disseminating notice to Potential Class Members, they must confer with the Defendant and, collectively, decide on an appropriate notice.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.