IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA GRAVELY, et al., *Plaintiffs,* v. PETROCHOICE, LLC, *Defendant.* | CIVIL ACTION NO. 19-5409 |

**PAPPERT, J.**                                                                                             **June 28, 2022**

## ORDER

**AND NOW**, this 28th day of June 2022, upon consideration of the Parties' Settlement Agreement (ECF 40-2 Ex. B) and Plaintiffs' Motions for Approval of the Agreement and Awarding Attorneys' Fees (ECF 40, 41), it is **ORDERED** that the Motions are **DENIED without prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.