IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA GRAVELY, et al.,<br><br>   *Plaintiffs,*<br><br> v.<br><br>PETROCHOICE, LLC,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 19-5409 |

**PAPPERT, J.**                               June 30, 2022

## <u>ORDER</u>

**AND NOW**, this 30th day of June 2022, upon consideration of the Parties' revised Settlement Agreement (ECF 46 Ex. A) and Plaintiffs' Renewed Motion for Approval of the Agreement and Awarding Attorneys' Fees (ECF 46), it is **ORDERED** that the Motion is **GRANTED**.[1]

                       BY THE COURT:

                       ***/s/ Gerald J. Pappert***
                       GERALD J. PAPPERT, J.

---

[1] Plaintiffs initially filed separate unopposed motions for approval of their settlement agreement and an award of attorneys' fees. (ECF 40, 41.) The Court denied them without prejudice because the Settlement Agreement's waiver and release provisions were too broad. (ECF 44.) Plaintiffs have revised the Agreement to address the Court's concerns. (ECF 46 Ex. A ¶ 12.) The Court now approves the Agreement—including its awards of attorneys' fees and reimbursement for litigation costs to counsel and service awards to Named Plaintiffs—for the reasons explained in its June 28, 2022 memorandum. (ECF 43.)