IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA GRAVELY, et al., | : | CIVIL ACTION |
| vs. | : | NO. 19-5409 |
| PETROCHOICE, LLC. | : | |

**O R D E R**

**AND NOW, TO WIT:** This 1st day of July, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Katie Rolon*
Katie Rolon
Civil Deputy Clerk

Copies Emailed on 7/1/22 to:
  Edmund Charles Celiesius, Esq.
  Michael Groh, Esq.
  Michael Patrick Murphy, Jr., Esq.
  David J. Woolf, Esq.
  Alan Lloyd Rupe, Esq.
  Eric J. Bronstein, Esq.
  Jeremy K. Schrag, Esq.
  Morgan Brooke Razor, Esq.

Civ 2 (7/83)

41.1(b)